UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KERN, | No. 2:23-cv-0618 AC P |
| Plaintiff, | |
| v. | ORDER |
| JIM COOPER, et al., | |
| Defendants. | |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 8, 2023, the court screened the complaint and found that plaintiff had stated claims for relief against Does 1-3. ECF No. 12. However, due to the impossibility of serving an unknown individual, plaintiff was ordered to seek information to identify the defendants so that service could be accomplished. ECF No. 14. He was further advised that he could seek judicial intervention if the required information was denied. Id. Plaintiff has now filed a notice in which he requests court assistance because when he attempted to obtain the information from the jail he was told a court order would be required. ECF No. 15. Attached to the notice is a response to a jail grievance stating that a subpoena would need to be submitted to obtain the requested information. Id. at 2. The notice will be construed as a motion for a subpoena form and for service of the subpoena by the United States Marshal and the motion will be granted.

1

The Clerk of the Court will be directed to provide plaintiff with a subpoena form, which plaintiff will be required to complete. The subpoena should list the information plaintiff is attempting to obtain from the jail and must be limited to information regarding the identities of the defendants. Upon completion of the subpoena, plaintiff should return it to the court for service. If the information sought by the subpoena goes beyond that necessary to identify the defendants, it will be narrowed accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's notice regarding his attempts to identify the defendants (ECF No. 15) is construed as a motion for a subpoena form and for service by the United States Marshal and is GRANTED;

2. The Clerk of the Court is directed to provide plaintiff with a signed but otherwise blank Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action;

3. Within twenty-one days from the service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed subpoena.

DATED: November 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JAMES KERN, | No. 2:23-cv-0618 AC P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| JIM COOPER, et al., | |
| Defendants. | |

Plaintiff submits the following document in compliance with the court's order filed _____:

\_\_\_\_\_1\_\_\_\_\_ completed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

DATED:

_____
Plaintiff

1