UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KERN,

         Plaintiff,

    v.

JIM COOPER, et al.,

         Defendants.

No.  2:23-cv-0618 AC P

ORDER

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By order filed November 8, 2023, the court screened the complaint and found that plaintiff had stated claims for relief against Does 1-3. ECF No. 12.  The undersigned later granted plaintiff's request for a subpoena form and service by the United States Marshal after plaintiff submitted evidence that the jail was refusing to provide him with the information regarding defendants' identities without a subpoena.  ECF No. 16.  Plaintiff has now returned a completed subpoena form.  ECF No. 18.  However, the form is not properly completed, and plaintiff will be required to submit a properly completed form before the court will order service.

////

////

////

1

1   Plaintiff is advised that the subpoena must identify the person from whom he is seeking to

2   compel documents and the address at which they can be served.[1]  Furthermore, in the "Place" and

3   "Date and Time" sections of the subpoena, plaintiff should identify where the documents

4   responsive to the request should be sent and the date by which a response is due.[2]  Plaintiff is

5   advised that any deadline for responding to the subpoena must be reasonable (e.g., thirty days

6   from service of the subpoena).  The subpoena should also specify that plaintiff is seeking

7   documentation identifying the defendants, along with any information he has regarding the

8   defendants' identities.  This information can be provided as an attachment to the subpoena.

9   Plaintiff has also filed a request for instructions on how to move to substitute named

10   defendants for the Doe defendants and any forms for doing so and a motion requesting assistance

11   in obtaining a copy of his medical records, including the possible issuance of a subpoena.  ECF

12   nos. 17, 20.  The court does not have forms for substituting a defendant and the request for such

13   forms will be denied.  Plaintiff is advised that once he identifies the Doe defendants, he should

14   file a motion to substitute providing the defendants' names and stating which Doe defendant he

15   would like to substitute for each named defendant.  With respect to plaintiff's request for

16   assistance obtaining his medical records, the request will be denied.  The defendants have yet to

17   be identified, and any discovery beyond that necessary to identify the defendants for service is

18   premature at this stage.

19   Accordingly, IT IS HEREBY ORDERED that:

20   1.   The Clerk of the Court is directed to provide plaintiff with a signed but otherwise

21   blank Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of

22   Premises in a Civil Action;

23   2.   Within twenty-one days from the service of this order, plaintiff shall complete the

24   attached Notice of Submission of Documents and submit it to the court with the completed

25   subpoena;

26

[1]  The subpoena returned by plaintiff identifies "The Clerk of the Court" as the person to whom

27   the subpoena is directed.

[2]  The subpoena submitted by plaintiff appears to provide information related to identifying

28   defendants in these sections.

1    3.   Plaintiff's request for instructions on how to substitute named defendants and the

2  applicable forms (ECF No. 17) is GRANTED to the extent clarification has been provided above

3  and is otherwise DENIED; and

4    4.   Plaintiff's motion for assistance with discovery or service of a subpoena for medical

5  records (ECF No. 20) is DENIED without prejudice as premature.

6  DATED: January 22, 2024

7  _____

8  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES KERN,                                No.  2:23-cv-0618 AC P

12                    Plaintiff,

13          v.                                    NOTICE OF SUBMISSION OF
                                                  DOCUMENTS
14    JIM COOPER, et al.,

15                    Defendants.

16

17          Plaintiff submits the following document in compliance with the court's order filed

18    _____:

19          _____1_____ completed Subpoena to Produce Documents, Information, or Objects or to

20    Permit Inspection of Premises in a Civil Action

21
      DATED:
22

23                                               _____
                                                 Plaintiff
24

25

26

27

28
                                                 1