UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM COOPER, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0618 AC P<br><br><br>ORDER |

  Plaintiff is a former county and current state prisoner proceeding pro se and in forma pauperis. By order filed November 30, 2023, the court granted plaintiff's request for service of a subpoena duces tecum by the United States Marshal. ECF No. 16. Plaintiff has now submitted the necessary subpoena forms. ECF No. 28. Because the time for responding to the subpoena as specified by plaintiff has passed, any response shall be due within thirty days of service.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk of the Court is directed to forward to the United States Marshal the completed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action received on April 15, 2024, and a copy of this order.

  2. The United States Marshal is hereby directed to serve the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and a copy of this order on the Sacramento County Jail, Scheduling and Payroll, 651 I Street,

1 | Sacramento, CA 95814 without prepayment of costs; and
2 |     3.  The Sacramento County Jail shall respond to the subpoena within thirty days of
3 | service.
4 | DATED: May 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2