UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JIM COOPER, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0618 AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of any upcoming deadlines based on his transfer to another prison, though he does not identify any specific deadlines that he seeks to extend. ECF No. 30. Because this case proceeds against only Doe defendants, the complaint has yet to be served; there are no deadlines pending since plaintiff's deadline to identify the Doe defendants has passed. See ECF No. 14 (setting deadline to identify Doe defendants or face dismissal). However, plaintiff has been diligent in attempting to identify the Doe defendants with the court's assistance, and a subpoena was recently ordered served on the Sacramento County Jail. ECF No. 29. In light of plaintiff's efforts to identify the defendants and his separation from his paperwork as a result of his transfer, the deadline for identifying the Doe defendants will be extended.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is GRANTED; and

2. Within sixty days of the service of this order, plaintiff shall file either (1) an amended

complaint that names the defendants or (2) a motion to substitute named defendants for the Doe defendants.  Failure to do so will result in a recommendation that this action be dismissed.

DATED: May 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE