UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, | No. 2:23-cv-0618 AC P |
| Plaintiff, | |
| v. | ORDER |
| JIM COOPER, et al., | |
| Defendants. | |

Plaintiff, a former county and current state prisoner proceeding pro se, has filed a request for status related to the court's May 21, 2024 order directing the United States Marshal to serve a subpoena on the Sacramento County Jail. ECF No. 33. Plaintiff is advised that the United States Marshal served the subpoena on the Sacramento County Jail on May 24, 2024. A response to the subpoena was therefore due by June 24, 2024. If plaintiff has not received a response to the subpoena, he may file a motion to compel compliance. Plaintiff is advised that any such motion must also be served on the Sacramento County Jail. The court also notes that it appears that plaintiff's address changed after the subpoena was served[1] and it is not clear whether he notified the jail of his updated address.

////

---

[1] The subpoena listed plaintiff return address as North Kern State Prison, but it appears he is now housed at Pelican Bay State Prison.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for status is GRANTED
2  to the extent information regarding the status of service of the subpoena has been provided above.
3  DATED: July 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE