UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JIM COOPER, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0618 WBS AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to submit completed USM-285 forms.  ECF No. 38.  He states that the Sacramento County Jail has not responded to his requests for defendants' addresses and requests assistance in serving a subpoena to obtain this information.  Id.  Good cause appearing, the request for an extension of time will be granted.  However, the request for assistance serving a subpoena will be denied.  It appears that plaintiff is attempting to obtain defendants' home addresses, which is not necessary for service at this time.  Instead, plaintiff should provide defendants' work addresses.  If service cannot be accomplished at the addresses provided, the United States Marshall will be authorized to obtain any necessary assistance from the county to locate defendants and the court will direct plaintiff to provide additional information as necessary.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion for an extension of time (ECF No. 38) is GRANTED;

2. Plaintiff is granted thirty days from the service of this order to return completed service paperwork, as directed in the court's July 24, 2024 order (ECF No. 37); and

3. Plaintiff's request for assistance serving a subpoena (ECF No. 38) is DENIED.

DATED: August 21, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE