UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM COOPER, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0618 WBS AC P<br><br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 37. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations (ECF No. 37) are adopted in full;

　　2. The claims against defendant Cooper are dismissed without leave to amend for failure

1

to state a claim; and

    3.  This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Dated:  August 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE